Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> IRMAS PAXTON LLC, a California limited liability company; GOLD PAXTON LLC, a California limited liability company; ROUSSO PAXTON LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-02988-GW-JEM <br><br> Hon. George H. Wu <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** <br><br> Complaint Filed: April 6, 2021 <br><br> Trial Date: None Set |

NOTICE OF SETTLEMENT

1 | The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: May 26, 2021                  **MANNING LAW, APC**

By:    */s/ Joseph R. Manning, Jr. Esq.*
        Joseph R. Manning, Jr., Esq.
        Attorneys for Plaintiff
        Carmen John Perri

NOTICE OF SETTLEMENT